UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM M. MCCAFFREY, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 3:19-cv-05581-JRC <br><br> ORDER AMENDING SCHEDULING ORDER |

This matter is before the Court on defendant's second motion to amend the scheduling order. *See* Dkt. 17. Having considered defendant's declaration and that plaintiff has no objection, the Court will grant the extension. The Clerk shall update the docket to reflect the following amendments to the scheduling order: defendant's responsive brief is due on or before April 7, 2020, and plaintiff's reply brief, if any, is due on or before April 28, 2020.

Dated this 10th day of March, 2020.

J. Richard Creatura
United States Magistrate Judge